IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Criminal No. 2:19-CR-042-D-BR |
| VS. | § | |
| | § | |
| TEARENEI NICHOLE MOORE (1), | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

On May 14, 2019, a Report and Recommendation Concerning Plea of Guilty was issued in the above referenced cause. The response period has expired and no objections have been filed.

The Court has made an independent examination of the records in this case and has examined the Magistrate Judge's Report and Recommendation Concerning Plea of Guilty. The Court is of the opinion that the Report and Recommendation Concerning Plea of Guilty of the United States Magistrate Judge should be ADOPTED by the United States District Court.

The Court therefore does adopt the Report and Recommendation Concerning Plea of Guilty as to defendant TEARENEI NICHOLE MOORE (1).

ACCORDINGLY, IT IS THEREFORE ORDERED that the guilty plea of defendant TEARENEI NICHOLE MOORE (1) as to Count(s) 2 of the indictment is found to have been knowingly and voluntarily entered and both the guilty plea and the plea agreement are accepted. A Scheduling Order for Sentencing was previously entered, and this case is continued for sentencing pending receipt of the presentence report.

ENTERED this July 12, 2019.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE